28401. E. FREDERICKS INC. *v.* FELTON BEAUTY SUPPLY CO.

BROYLES, C. J. In this case a verdict in favor of the defendant for $11,-
613.63 was returned. The plaintiff's motion for new trial was overruled.
One ground of the motion alleged that the verdict was excessive. Coun-
sel for both parties concede in their briefs that the verdict was excessive;
and they join in requesting that this court reverse the judgment solely
on that ground, stating that the request is made for the purpose of
facilitating a settlement of the case and ending the litigation. We see
no reason why the request should not be granted. Therefore the judg-
ment overruling the motion for new trial is reversed solely on the ground
that the verdict was excessive. The other grounds of the motion are
not considered.

*Judgment reversed. MacIntyre, J., concurs. Gardner, J., does not partici-
pate.*

DECIDED JUNE 4, 1940.

*McLarty & Cooper,* for plaintiff.
*Paul Ginsberg, A. A. Baumstark, Bryan & Mobley,* for defendant.